IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FEDERAL INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | 4:19CV3035 |
| v. | ) ) | |
| AMERITAS LIFE INSURANCE CORP., AMERITAS INVESTMENT CORP., UNION CENTRAL LIFE INSURANCE COMPANY, and AMERITAS HOLDING COMPANY, | ) ) ) ) ) ) ) ) | **JUDGMENT** |
| Defendants. | ) ) | |

Pursuant to the Memorandum and Order entered this date, this case is dismissed without prejudice.

DATED this 22nd day of October, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge