# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **FEDERAL INSURANCE COMPANY,** | : |
| **Plaintiff,** | : |
| vs. | : CASE NO. 19-CV-03035-RGK-CRZ |
| **AMERITAS LIFE INSURANCE CORP.; AMERITAS INVESTMENT CORP.; UNION CENTRAL LIFE INSURANCE COMPANY; AND AMERITAS HOLDING COMPANY.** | : Judge Richard G. Kopf<br>: Magistrate Judge Cheryl R. Zwart |
| **Defendants.** | : |

## NOTICE OF APPEAL

NOTICE is hereby given that Federal Insurance Company, Plaintiff in the above-captioned cause, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment Order dated October 22, 2019 (Dkt. 40) and any and all other orders, findings, conclusions and holdings relating or contributing to the final judgment, including, but not limited to, the Memorandum and Order (Dkt. 39) on the Defendants' *Motion to Dismiss or in the Alternative, Stay this Action* (Dkt. 11) and Plaintiff's *Cross Motion to Enjoin Ameritas' Second Filed Action in Ohio* (Dkt. 26) dated October 22, 2019.

Dated: November 20, 2019

Respectfully Submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

*s/ Scott L. Schmookler*

Scott L. Schmookler

(*pro hac vice*)
Katherine A. Musbach
(*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
(312) 980-6779
(312) 980-6798
sschmookler@grsm.com
kmusbach@grsm.com

A. Victor Rawl Jr.
1299 Farnam Street, Suite 300
Omaha, NE 68102
(843) 714-2501
vrawl@grsm.com

*Attorneys for Plaintiff,*
*Federal Insurance Company*

## CERTIFICATE OF SERVICE

I certify that on November 20, 2019, the foregoing document was served on all parties or their counsel of record through the CM/ECF System.

Respectfully Submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

<u>s/ Scott L. Schmookler</u>

A. Victor Rawl Jr.
1299 Farnam Street, Suite 300
Omaha, NE 68102
(843) 714-2501
vrawl@grsm.com

Scott L. Schmookler
(*pro hac vice*)
Katherine A. Musbach
(*pro hac vice*)
1 N. Franklin, Suite 800
Chicago, IL 60606
(312) 980-6779
(312) 980-6798
sschmookler@grsm.com
kmusbach@grsm.com

*Attorneys for Plaintiff,
Federal Insurance Company*