UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 19-3508

_____

Federal Insurance Company

Plaintiff - Appellant

v.

Ameritas Life Ins.; Ameritas Investment Corp.; Union Central Life Insurance Company; Ameritas Holding Company

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:19-cv-03035-RGK)

_____

**JUDGMENT**

Before SMITH, Chief Judge, COLLOTON, and ERICKSON, Circuit Judges.

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

May 20, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans